UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHANIE KOUREMBANAS, et al, <br> Plaintiffs, <br><br> v. <br><br> INTERCOAST COLLEGES, <br> Defendant. | ) <br> ) <br> ) <br> ) Civil No. 2:17-cv-00331-JAW <br> ) <br> ) <br> ) |

## JUDGMENT

Pursuant to the Order on Motion to Compel and Dismiss entered by U.S. District Judge John A. Woodcock, Jr. on February 28, 2019,

JUDGMENT of dismissal without prejudice is hereby entered.

                                                               CHRISTA K. BERRY
                                                                CLERK

                                By:   /s/Susan Way
                                                Deputy Clerk

Dated: February 28, 2019