UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHANIE KOUREMBANAS et al., on behalf of themselves and others similarly situated,<br><br>        Plaintiffs<br><br>v.<br><br>INTERCOAST COLLEGES,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:17-CV-0331-JAW<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Since the Court's May 1, 2019 Order in this matter, the parties have negotiated and entered into a tolling agreement to provide an opportunity to explore settlement of the claims of the individual plaintiffs and 52 other members of their putative class, have engaged in one full day of formal mediation, and are now engaged in a voluntary exchange of documents and other materials (based in part on information that emerged during the first day of mediation) aimed at improving the prospects for settling some or all of the claims. The parties are working to schedule one or more days of follow-up mediation within the next 60 days.

Dated: October 31, 2019        /s/ James B. Haddow_____
                                              James B. Haddow, Esquire
                                              PETRUCCELLI, MARTIN & HADDOW, LLP
                                              2 Monument Square, Suite 900
                                              P.O. Box 17555
                                              Portland, ME 04112-8555
                                              (207) 775-0200
                                              jhaddow@pmhlegal.com

Dated: October 31, 2019        /s/ Richard L. O'Meara_____
                                              Richard L. O'Meara, Esquire
                                              MURRAY, PLUMB & MURRAY
                                              75 Pearl Street, P.O. Box 9785
                                              Portland, ME 04104-5085

        (207) 773-5651
*E-mail: romeara@mpmlaw.com*

/s/ James Clifford_____
James Clifford, Esquire
CLIFFORD & CLIFFORD
Post Road Center
62 Portland Rd. Suite 37
Kennebunk, ME 04043
(207) 985-3200
*Email: james@cliffordclifford.com*

**CERTIFICATE OF SERVICE**

      I, James B. Haddow, do hereby certify that on this 30th day of October 2019, I filed the above Joint Status Report with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      /s/ James B. Haddow_____
James B. Haddow, Esquire

2