UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHANIE KOUREMBANAS et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>INTERCOAST COLLEGES et al,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. 2:17-CV-0331-JAW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties submitted a Joint Status Report on October 30, 2019 describing their agreement to suspend applicable limitations periods through a Tolling Agreement and their efforts to discuss mediation in lieu of compelled arbitration. The parties hereby report that they continue to discuss mediation as an alternative to arbitration and have further extended the Tolling Agreement. Given the practical and physical limitations presented by the COVID-19 pandemic, the parties have been unable to schedule mediation or engage in a meaningful dialogue about settlement, particularly in light of the large number of parties and documents, the fact that the defendants are based on the West Coast, and the relative complexity of the case. The parties agree that this case is not an ideal candidate for remote mediation through Zoom or a similar platform. The parties expect to exchange additional documents and other materials aimed at improving the prospects for settling some or all of the claims as soon as possible. Depending on a number of obvious public health factors, the parties continue to work cooperatively toward scheduling one or more days of follow-up mediation within the next 90-120 days.

Dated: June 1, 2020

/s/ James B. Haddow
James B. Haddow, Esquire
PETRUCCELLI, MARTIN & HADDOW, LLP
2 Monument Square, Suite 900
P.O. Box 17555
Portland, ME 04112-8555
(207) 775-0200
jhaddow@pmhlegal.com

/s/ Richard L. O'Meara
Richard L. O'Meara, Esquire
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
(207) 773-5651
E-mail: romeara@mpmlaw.com

/s/ James Clifford
James Clifford, Esquire
CLIFFORD & CLIFFORD
Post Road Center
62 Portland Rd. Suite 37
Kennebunk, ME 04043
(207) 985-3200
Email: james@cliffordclifford.com

/s/ Andrew P. Cotter
Andrew P. Cotter, Esquire
CLIFFORD & CLIFFORD
Post Road Center
62 Portland Rd. Suite 37
Kennebunk, ME 04043
(207) 985-3200
Email: andrew@cliffordclifford.com

**CERTIFICATE OF SERVICE**

I, James A. Clifford, do hereby certify that on this 1st day of June, I filed the above Joint Status Report with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ James Clifford
James Clifford, Esquire