# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| STEPHANIE KOUREMBANAS et al., on behalf of themselves and others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> INTERCOAST COLLEGES et al, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:17-CV-0331-JAW |

## JOINT STATUS REPORT

The parties submitted a Joint Status Report on June 1, 2020 describing their agreement to suspend applicable limitations periods through a Tolling Agreement and their efforts to discuss mediation in lieu of compelled arbitration. The parties hereby report that a total of 50 arbitration petitions, including one each for the named plaintiffs in the above-captioned action, have been filed with the American Arbitration Association ("AAA"). The parties are in the process of working with AAA to develop a procedural mechanism for moving the arbitration proceedings forward as efficiently as possible.

Dated: December 2, 2020
/s/ James B. Haddow
James B. Haddow, Esquire
PETRUCCELLI, MARTIN & HADDOW, LLP
2 Monument Square, Suite 900
P.O. Box 17555
Portland, ME 04112-8555
(207) 775-0200
jhaddow@pmhlegal.com

/s/ Richard L. O'Meara
Richard L. O'Meara, Esquire
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785

{40823.1}                                           1

        Portland, ME 04104-5085
        (207) 773-5651
        *E-mail: romeara@mpmlaw.com*

        /s/ James Clifford
        James Clifford, Esquire
        CLIFFORD & CLIFFORD
        Post Road Center
        62 Portland Rd. Suite 37
        Kennebunk, ME 04043
        (207) 985-3200
        *Email: james@cliffordclifford.com*

        /s/ Andrew P. Cotter
        Andrew P. Cotter, Esquire
        CLIFFORD & CLIFFORD
        Post Road Center
        62 Portland Rd. Suite 37
        Kennebunk, ME 04043
        (207) 985-3200
        *Email: andrew@cliffordclifford.com*

## CERTIFICATE OF SERVICE

I, James B. Haddow, do hereby certify that on this 2nd day of December 2020, I filed the above Joint Status Report with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

        /s/ James B. Haddow
        James B. Haddow, Esq.