UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHANIE KOUREMBANAS, et al.,<br>Plaintiffs,<br><br>v.<br><br>INTERCOAST COLLEGES,<br>Defendant. | )<br>)<br>)<br>)  Civil No. 2:17-cv-00331-JAW<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on Plaintiffs' Unopposed Motion to Dismiss entered by Judge John A. Woodcock, Jr. on July 18, 2022,

JUDGMENT of dismissal with prejudice is hereby entered as to the 48 individual AAA Claimants identified in Exhibit 1; and

JUDGMENT of dismissal without prejudice is hereby entered as to all remaining matters.

CHRISTA K. BERRY
CLERK

By:   /s/ Julie W. Rodrigue
      Deputy Clerk

Dated: July 18, 2022